In the Matter of DAVID M. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SONIA M.-C. et al., Appellants.

Submitted September 8, 2014; decided October 21, 2014

Motions for leave to appeal denied. Motions for poor person relief dismissed as academic. Motion by Willie H. for a stay dismissed as academic.

MORGAN DELIJANI, Respondent, v PARHAM DELIJANI, Defendant. SEAN SABETI, Nonparty Appellant.

Submitted September 2, 2014; decided October 21, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

INTERNATIONAL SHOPPES, INC., et al., Respondents, v ARLEIGH SPENCER, Appellant.

Submitted September 2, 2014; decided October 21, 2014

Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602).